UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 7, 2011

Memo To Counsel Re: Lawrence King v. Homecomings Financial
Civil No. JFM-10-1544

Dear Counsel:

I have reviewed memoranda submitted in connection with defendant's motion to dismiss the amended complaint.

In the final analysis defendant's position that plaintiffs have no viable cause of action may be correct. However, that is not yet clear to me from the memoranda that have been submitted. Particularly, I do not want to dismiss plaintiff's claims on the ground that they are without merit in light of the strong equities in favor of plaintiff's position.

In accordance with your request, I will ask that the case be assigned to a magistrate judge for the purpose of holding a settlement conference as soon as possible. The magistrate judge to whom the case is assigned with be in touch with you.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge